**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**FRANKQUAN BRADY,**

                **Plaintiff,**

        vs.                                              5:12-CV-1384

**SYRACUSE POLICE DEPARTMENT,**
**CITY OF SYRACUSE, HENRY GANNON,**

                **Defendants.**
_____

**APPEARANCES:**                         **OF COUNSEL:**

**FRANKQUAN BRADY**
**11-B-2600**
**Collins Correctional Facility**
**P.O. Box 340**
**Collins, NY 14034**
**Plaintiff,** *pro se*

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed on the 1st day of November 2012. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     ORDERED that:

     1.  The Report-Recommendation is hereby adopted in its entirety.

     2.  The complaint is dismissed with leave to amend.

3.  If plaintiff fails to submit an amended complaint **within thirty days of the date of this order**, or December 26, 2012, the complaint will be **DISMISSED without prejudice in its entirety without further Order of the Court** and the Clerk shall enter Judgment accordingly.

4.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:  November 26, 2012
          Syracuse, NY

_____
Honorable Norman A. Mordue
U.S. District Judge