**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**FRANKQUAN BRADY,**

                              **Plaintiff,**

         **vs.**                                    **5:12-CV-1384**

**SYRACUSE POLICE DEPARTMENT,**
**CITY OF SYRACUSE, HENRY GANNON,**

                         **Defendants.**
_____

**APPEARANCES:**                          **OF COUNSEL:**

**FRANKQUAN BRADY**
**11-B-2600**
**Collins Correctional Facility**
**P.O. Box 340**
**Collins, NY 14034**
**Plaintiff,** *pro se*

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed on the 2nd day of January 2013.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the

Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: January 23, 2013
Syracuse, NY

_____
Honorable Norman A. Mordue
U.S. District Judge

2